

1996 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-16-1996

# Elliott v. Kiesewetter

Precedential or Non-Precedential:

Docket 95-3104,95-3105

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1996

Recommended Citation

"Elliott v. Kiesewetter" (1996). *1996 Decisions.* Paper 41.
http://digitalcommons.law.villanova.edu/thirdcircuit_1996/41

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1996 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 95-3104 and 95-3105
_____


CONSTANCE K. ELLIOTT; PATRICIA J.
KIESEWETTER; LINTON A. ELLIOTT; CHARLES L.
ELLIOTT, individually and/or as a Minor, by
Constance K. Elliott, his Parent and
Guardian; JONATHAN B. ELLIOTT, a Minor by
Constance K. Elliott, the Parent and Guardian

                    vs.

WILLIAM B. KIESEWETTER, JR.

        WILLIAM B. KIESEWETTER, JR. and
        JAYNE H. KIESEWETTER*
        (*Pursuant to Rule 12(a), F.R.A.P),

                        Appellants No. 95-3104.


_____


CONSTANCE K. ELLIOTT; PATRICIA J.
KIESEWETTER; LINTON A. ELLIOTT; CHARLES L.
ELLIOTT; JONATHAN B. ELLIOTT, Minors by
Constance K. Elliott, their parent and
guardian

                    vs.

WILLIAM B. KIESEWETTER, JR.
JAYNE H. KIESEWETTER

        WILLIAM B. KIESEWETTER, JR. and
        JAYNE H. KIESEWETTER

                        Appellants No. 95-3105.


_____



APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

(D.C. Civil Nos. 93-cv-00753 and 94-cv-00576)

_____

ARGUED MARCH 4, 1996

BEFORE:  MANSMANN, ALITO, LEWIS, Circuit Judges.

_____

ORDER AMENDING SLIP OPINION
_____


        IT IS HEREBY ORDERED that the Slip Opinion filed in
this case on October 9, 1996, be amended as follows:
        At the end of the first paragraph under Section II.A.
(page 4) the following footnote shall be added:

        The subject matter jurisdiction of the
        district court for both the Accounting Action
        and the Fraudulent Conveyance Action was
        based upon 28 U.S.C. § 1332, diversity of
        citizenship.  The matter in controversy in
        each action is in excess of $50,000 and each
        dispute is between citizens of different
        states.

        We have appellate jurisdiction, pursuant
        to 28 U.S.C. § 1292(a)(1), over all
        interlocutory orders of a district court
        which grant, continue, modify, refuse, or
        dissolve injunctions.

        After the jury returned a verdict
        against the Kiesewetters, the Beneficiaries'
        moved for a preliminary injunction.  The
        district court entered a bench order in both
        the Accounting Action and the Fraudulent
        Conveyance Action freezing all assets held in
        the name or on behalf of William B.
        Kiesewetter, Jr, including those jointly held
        with Jayne H. Kiesewetter.  On February 1,
        1995, the district court reduced the bench
        order into a memorandum order which addressed
        a number of other matters that are unrelated
        to the prejudgment asset freeze.  The
        Kiesewetters filed this appeal from only the
        asset freeze provisions of the February 1,
        1995 order.


                        BY THE COURT

                                        /s/ Timothy K. Lewis
                                        Circuit Judge

Dated: October 16, 1996